ROLAND H. GARDNER *v.* MICHAEL PILATO ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 68 Conn. App. 448 (AC 21377), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Melvin J. Silverman*, in support of the petition.

*Katherine T. Blakeslee*, in opposition.

Decided March 28, 2002

DWIGHT CUPE *v.* COMMISSIONER OF CORRECTION

The petitioner Dwight Cupe's petition for certification for appeal from the Appellate Court, 68 Conn. App. 262 (AC 21391), is denied.

*Sebastian O. DeSantis*, special public defender, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided March 28, 2002